Writ refused. Since the proceeding involves licenses for the years 1968 and 1969 only, it is now moot.

229 So.2d 734

**CITY OF HOUMA**

v.

**LOUISIANA POWER & LIGHT COMPANY.**

No. 50266.

Jan. 9, 1970.

In re: City of Houma applying for writ of certiorari, prohibition and mandamus.

Writ refused. The applicant will have an adequate remedy for a review of the errors complained of in the event of an adverse judgment on the merits.